

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00041-CV

Lorenzo **MIRELES**,
Appellant

v.

Diane **MIRELES**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-05557
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant.

SIGNED November 6, 2013.

Catherine Stone, Chief Justice